AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA



| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JORGE MASCARENO-MARTINEZ | CASE NUMBER: 08cr 1034-JEG |

I, JORGE MASCARENO-MARTINEZ , the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on April 3, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jorge Mascareno_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER