AO455 (Rev.5/85) Waiver of Indictment

**FILED**
MAY 0 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA vs. JORGE MACARENO-MARTINEZ | WAIVER OF INDICTMENT ON THE SUPERSEDING INFORMATION<br><br>Case No. 08CR1034-GT |
|---|---|

I, JORGE MACARENO-MARTINEZ, the above named defendant, who is accused of

8:1325 - ILLEGAL ENTRY (MIS)

8:1325 - ILLEGAL ENTRY (FELONY)

8:1325 - ILLEGAL ENTRY (FELONY)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____5-9-08_____ prosecution by indictment and consent that the
                                    Date
proceeding may be by information rather than by indictment.

*Jorge Mascareno*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
Judicial Officer