FILED
JUL 27 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>JORGE MASCARENO-MARTINEZ,<br><br>          Defendant. | Case No. 08CR1034-GT-1<br><br>ORDER GRANTING JOINT MOTION<br>TO CONTINUE HEARING |

For good cause shown and upon joint motion of the parties, **IT IS HEREBY ORDERED** that the *Revocation of Supervised Release* Hearing currently set for July 30, 2012 at 9:30 a.m., be continued to August 27, 2012 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: 7-27-12

_____
HONORABLE GORDON THOMPSON, JR.
United States District Court